IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HEATHER WRIGHT,  : Civil Action No. 14-2241
    Plaintiff
  V.
LOWER MERION TOWNSHIP,  :
OFFICER SHAWN CLIFFORD,
OFFICER CARL HARPER, and
JOHN DOE(S),  :
Individually and as police officers for the
Lower Merion Police Department,
    Defendants

## STIPULATION

It is hereby stipulated and agreed by and between Paul Messing, counsel for the plaintiff, and Christopher Boyle, counsel for all defendant, that: 1) the claims against defendant Lower Merion Township alleged in the Complaint in this matter are dismissed pursuant to F.R.Civ.P. 41(a)(1); and 2) Lower Merion Township will indemnify all individual defendant police officers in this case for any and all compensatory damages, punitive damages, counsel fees and costs that may be awarded, subject to judicial rulings on any defense request to reduce any damages, counsel fees and costs.

PAUL MESSING
Counsel for Plaintiff

CHRISTOPHER BOYLE
Counsel for Defendants

APPROVED:

HON. ANITA B. BRODY
United States District Court